In the matter of the Estate of HENRY G. CHARLES, deceased.

July 14, 1886.

**Appeal from Probate Court—Time.**—An appeal from the order of a probate court allowing a claim against the estate of a decedent, *held* properly dismissed, on the ground that the same was not taken within 60 days from the entry of such order. *Auerbach* v. *Gloyd*, 34 Minn. 500, (27 N. W. Rep. 193.)

Juliette Charles filed a claim against the estate of Henry G. Charles, deceased, which was duly allowed by order of the probate court of Ramsey county, on June 28, 1884. On December 9, 1884, the executor of the decedent filed objections to the allowance of the account, and made application to set aside the order, which application was denied. On March 4, 1885, the executor appealed from both orders to the district court. The executor now appeals from a judgment of the district court, *Brill*, J., presiding, dismissing the appeal from the order of allowance, and affirming the order refusing to set aside the allowance.

*E. S. Chittenden* and *H. J. Horn*, for appellant.

*Brisbin & Farwell*, for respondent.

VANDERBURGH, J. An order was made by the judge of probate of Ramsey county, allowing the claim of respondent against the estate of Henry G. Charles, deceased, on the 28th day of June, 1884, at a special term of that court held on that day. The executor thereafter, on the fourth day of March, 1885, appealed therefrom to the district court of Ramsey county, where the appeal was dismissed. It is presumed that the order was properly entered on the day first mentioned by the probate judge. The time to appeal, therefore, expired within

60 days thereafter. Gen. St. 1878, *c.* 53, § 24; Laws 1879, *c.* 69. The appeal was too late, and was properly dismissed. *Auerbach* v. *Gloyd*, 34 Minn. 500, (27 N. W. Rep. 193.)

Judgment affirmed.